81,768-02

This document contains some pages that are of poor quality at the time of imaging.

COURT OF CRIMINAL
APPEALS OF TEXAS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

STATE OF TEXAS

V.

RAMON CASTILLO

DOCKET SHEET CASE
# WR-81,768-02

ORIGINAL PROCEEDING
# 1985-CR-3655 A-W1

DEAR CLERK

ON THE 5TH OF JANUARY 2014 I FILED A LETTER WITH YOUR OFFICE REQUESTING A DOCKET SHEET.

ON THE 25TH DAY OF 2014 I RECEIVED A COPY OF THE DOCKET SHEET. AND IT SEEMS TO ME THAT MY APPLICATION FOR WRIT OF HABEAS CORPUS ART. 11.07, T.C.C.P. WAS FILED. BUT ON THE DOCKET SHEET, I DO NOT SEE THE MEMORANDUM OF LAW AND ARGUMENT I FILED WITH THE WRIT APPLICATION NOR DO I SEE THE REBUTTAL I FILED REBUTTING THE STATE AFFIDAVIT. WAS THESE DOCUMENTS FILED WITH THE CRIMINAL APPEALS COURT FROM THE TRIAL COURT?

CONSTITUTIONALY

Ramon Castillo

RAMON CASTILLO # 413671
SKYVIEW UNIT 379FM 2972 W.
RUSK, TX. 75785

DATE FILED JANUARY 29TH 2015.